■ MORRIS C. GURNEE et al., Respondents, and CATHERINE A. DAYTON, Individually and on Behalf of Herself and All Others Similarly Situated, Intervenor-Plaintiff, v LUMBERMENS MUTUAL CASUALTY COMPANY et al., Appellants, et al., Defendants. — Order, Supreme Court, New York County (Alvin Klein, J.), entered on January 6, 1984, unanimously affirmed for the reasons stated by Alvin Klein, J., at Trial Term. Respondents shall recover of appellants and settling carriers one bill of $50 costs and disbursements of this appeal. Concur — Murphy, P. J., Ross, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL FERRARA, Also Known as JAY, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on April 29, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Ross, Bloom, Fein and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON GOLD, Appellant. — Judgment, Supreme Court, New York County (Martin Rettinger, J.), rendered on May 4, 1983, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Ross, Bloom, Fein and Kassal, JJ.

■ SAUL IMPORTING CO., INC., Appellant, v EUROPEAN AMERICAN BANK, Respondent. EUROPEAN AMERICAN BANK & TRUST COMPANY, Third-Party Plaintiff-Respondent, v MICHAEL SAUL, Third-Party Defendant-Appellant. — Judgment, Supreme Court, New York County (Israel Rubin, J.), entered on April 4, 1983, unanimously affirmed for the reasons stated by Israel Rubin, J., at Trial Term. Respondent shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Ross, Bloom, Fein and Kassal, JJ.